

# United States District Court
# Eastern District of California

| TUAN ANH NGUYEN | Case Number: 2:25-cv-03297-KES-SKO |
|---|---|

Plaintiff(s)

V.

Warden of Golden State Annex Det. Fac. et al

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, TIFFANY RENEE WALKER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

TUAN ANH NGUYEN

On 09/05/2019 (date), I was admitted to practice and presently in good standing in the SUPREME COURT OF TEXAS (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/06/2026           Signature of Applicant: /s/ TIFFANY R. WALKER

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | TIFFANY RENEE WALKER |
| Law Firm Name: | TIFFANY WALKER LAW |
| Address: | 4514 Primrose Valley Lane |
| City: | Fulshear     State: TX     Zip: 77441 |
| Phone Number w/Area Code: | (281) 748-0732 |
| City and State of Residence: | FULSHEAR, TX |
| Primary E-mail Address: | TIFFANY@TIFFANYWALKERLAW.COM |
| Secondary E-mail Address: | ATTORNEYTIFFANYWALKER@GMAIL.COM |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Prerna Preshika Lal |
| Law Firm Name: | Lal Legal APLC |
| Address: | 2001 Addison Street |
| | Suite 300 |
| City: | Berkeley     State: CA     Zip: 94704 |
| Phone Number w/Area Code: | (800) 552-5616     Bar # 354786 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/7/2026

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 06, 2026

Re: Tiffany Renee Walker, State Bar Number 24115480

To Whom It May Concern:

This is to certify that Tiffany Renee Walker was licensed to practice law in Texas on September 05, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web